

**NIXON PEABODY**

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

**Sarah E. Andre**
*Partner*
T 213-629-6076
sandre@nixonpeabody.com

Gas Company Tower
555 West Fifth St., 46th Floor
Los Angeles, CA 90013-1010
213-629-6000

August 22, 2014

<u>*Via Electronic Filing*</u>

Ms. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE:   <u>*Meyer v. Board of Regents of the University of Oklahoma, et al.*</u> **(No. 14-2044)**

Dear Ms. O'Hagan Wolfe:

In accordance with Local Rule 31.2(a)(1)(B), Appellees Board of Regents of the University of Oklahoma, David L. Boren, in his official capacity as the President of the University of Oklahoma, and the University of Oklahoma Foundation, Inc., in the above referenced case request November 10, 2014, as the filing deadline for their brief.

Respectfully,

Sarah Erickson André

*Counsel for Appellees Board of Regents of the University of Oklahoma, David L. Boren, in his official capacity as the President of the University of Oklahoma, and the University of Oklahoma Foundation, Inc.*

cc: All Counsel of Record (via ECF)